**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7112

ROY DAVID PILKENTON,

Petitioner - Appellant,

versus

D. A. BRAXTON,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-98-376-R)

Submitted: September 30, 1998      Decided: October 21, 1998

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Roy David Pilkenton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy David Pilkenton, a Virginia inmate, seeks to appeal the district court's orders denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), as untimely filed, and denying his motion to alter or amend the judgment under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. Pilkenton v. Braxton, No. CA-98-376-R (W.D. Va. June 10 & June 29, 1998). We note that Pilkenton's conviction became final before the effective date of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214, and he filed his § 2254 petition on June 10, 1998. The one-year limitation period expired on April 23, 1997. Thus, Pilkenton's petition was not timely filed in the district court. See Brown v. Angelone, 150 F.3d 370 (4th Cir. 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

DISMISSED

2